SVENSKA TAENDSTICKS FABRIK AKTIEBOLAGET (Hereinafter Referred to as "The Swedish Match Company") and Others v. BANKERS TRUST COMPANY OF NEW YORK and Another and EDWARD S. GREENBAUM, as Trustee, etc.— Motion for reargument of motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of FRANCIS T. McENENY against JOSEPH D. McGOLDRICK, as Comptroller of the City of New York. EUGENE HOLTERBACH and ANNIE HOLTERBACH.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

In the Matter of the Arbitration of PAGE MANUFACTURING COMPANY and Another v. ROSE SILK MILLS, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

MORGAN COWPERTHWAIT and Others v. LOUISE COWPERTHWAIT LAWRENCE and WALTER CRITCHLEY and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

PAULA MINTZER v. LONDON GUARANTEE & ACCIDENT Co., LTD., Impleaded with PHŒNIX INDEMNITY COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Townley, Merrell, Glennon and Untermyer, JJ.

FAYE R. RICHARDS v. HENRY SCHUEG, Impleaded with COMPANIE "RON BACARDI" S. A.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

NEW YORK TITLE AND MORTGAGE COMPANY, in Rehabilitation, v. ONE SEVENTY-SECOND AVENUE CORPORATION and Others. WALTER B. JOHNSTON and Others.— Motion for resettlement and for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ. [See ante, p. 517.]

In the Matter of ROBERT A. FARENTHOLD, Deceased.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of GIBBS-RICE Co., INC., for a Peremptory Mandamus Order against JOSEPH McGOLDRICK, as Comptroller of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.

EAGLE INDEMNITY COMPANY v. DITTMAR POWDER WORKS, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.